Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-259-109**
**Effective Date of Registration:**
June 18, 2021
**Registration Decision Date:**
July 16, 2021

## Title

**Title of Work:** Rainbow Goddess

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 30, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Katja Perez
  **Author Created:** Illustration
  **Citizen of:** United States
  **Domiciled in:** Germany
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** Katja Perez
Franziska-Kessel-Str. 85, Mainz, 55131, Germany

## Rights and Permissions

**Name:** Katja Perez
**Email:** katjaperezdesign@gmail.com
**Telephone:** 1609856775
**Address:** Franziska-Kessel-Str. 85
Mainz 55131 Germany

## Certification

