AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>US District Court for the Northern District of Illinois<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| DOCKET NO.<br>1:26-cv-13388 | DATE FILED<br>10/29/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Katja Perez | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | A. Martinez | 11/1/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-259-109**
**Effective Date of Registration:**
June 18, 2021
**Registration Decision Date:**
July 16, 2021

## Title

**Title of Work:** Rainbow Goddess

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 30, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Katja Perez
  **Author Created:** Illustration
  **Citizen of:** United States
  **Domiciled in:** Germany
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** Katja Perez
Franziska-Kessel-Str. 85, Mainz, 55131, Germany

## Rights and Permissions

**Name:** Katja Perez
**Email:** katjaperezdesign@gmail.com
**Telephone:** 1609856775
**Address:** Franziska-Kessel-Str. 85
Mainz 55131 Germany

## Certification

